Richard C. Moreno (SBN 190869)
   rmoreno@murchisonlaw.com
Anastasia K. Mazzella (SBN 245201)
   amazzella@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Daimler Trucks North America, LLC, erroneously sued and served as FREIGHTLINER TRUCKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA JO POWELL, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>FREIGHTLINER TRUCKS, A Division of Daimler Trucks North America LLC<br><br>        Defendant. | CASE NO. 2:10-cv-02739-MCE-DAD<br><br>**ORDER ON REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY FOR HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Date:   December 2, 2010<br>Time:  2:00 p.m.<br>Courtroom: 7 |

     The Court hereby grants the request of Anastasia K. Mazzella, Esq., counsel for defendant DAIMLER TRUCKS NORTH AMERICA, LLC ("DTNA"), to appear at the hearing on defendant DTNA's motion to dismiss on December 2, 2010 at 2:00 p.m. in Courtroom 7 via telephone.

     IT IS SO ORDERED.

DATED: November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE