UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LORETTA JO POWELL, <br> WILLIAM T. PIERCE, <br><br> Plaintiffs, <br> v. <br><br> FREIGHTLINER TRUCKS, A Division of Daimler Trucks North America LLC and FREIGHTLINER OF UTAH, LLC D/B/A WARNER TRUCK CENTER, <br><br> Defendants. | CASE NO.  2:10-cv-02739-MCE-DAD |

## ORDER ON STIPULATIONFOR DISMISSAL OF PLAINTIFFS' FIRST CAUSE OF ACTION-BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

Having reviewed the Stipulation of Dismissal for Plaintiffs' First Cause of Action, for-Breach of Implied Warranty of Merchantability, and upon concluding that said good cause exists for the proposed dismissal,.

IT IS HEREBY ORDERED that Plaintiffs' first cause of action, for breach of the implied warranty of merchantability, is dismissed without prejudice as to DAIMLER TRUCKS NORTH AMERICA, LLC, erroneously sued and served as FREIGHTLINER TRUCKS, A Division of Daimler Trucks North America LLC only.

DATE:  February 11, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Agreed to by:

PREMIER LEGAL CENTER, A.P.C.
2550 Fifth Avenue, 9th Floor
San Diego, CA  92103
Telephone:  (619) 235-3200
Facsimile:   (619) 235-3300


_____/s/_____
By:  Steven L. Marchbanks
CA State Bar No. 214686

and

PATRICK LAW FIRM, P.C.
3333 Lee Parkway, Suite 600
Dallas, TX 75219
Telephone: (214) 665-9510
Facsimile:  (214) 665-9511


_____/s/_____
By:  Craig M. Patrick
CA State Bar No.  255849

**ATTORNEYS FOR PLANTIFFS**




MURCHISON & CUMMING, LLP
801 S. Grand Ave., 9th Floor
Los Angeles, CA  90017

_____/s/_____
By:  Anastasia K. Mazzella
CA State Bar No.  245201

**ATTORNEYS FOR DEFENDANT FREIGHTLINER TRUCKS**