Richard C. Moreno (SBN 190869)
rmoreno@murchisonlaw.com
Anastasia K. Mazzella (SBN 245201)
amazzella@murchisonlaw.com
Steven J. McEvoy (SBN 259273)
smcevoy@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, 9th Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Defendant, DAIMLER TRUCKS NORTH AMERICA, LLC, erroneously sued and served as FREIGHTLINER TRUCKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LORETTA JO POWELL and WILLIAM T. PIERCE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>FREIGHTLINER TRUCKS, A Division of Daimler Trucks North America, LLC and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:10-cv-02739 MCE-DAD<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT DAIMLER TRUCKS NORTH AMERICA, LLC, AND ORDER** |

The parties request this Court dismiss defendant FREIGHTLINER TRUCKS, A Division of Daimler Trucks North America, LLC from this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

Each party to bear its own fees and costs.

DATED: July 14. 2011        **MURCHISON & CUMMING. LLP**

                            By: */s/ Richard C. Moreno*
                                Richard C. Moreno, Esq.
                                Anastasia K. Mazzella, Esq.
                                Steven McEvoy, Esq.
                                Attorneys for Defendant, DAIMLER
                                TRUCKS NORTH AMERICA, LLC,
                                erroneously sued and served as
                                FREIGHTLINER TRUCKS

DATED: July 14. 2011        **PREMIER LEGAL CENTER**

                            By: */s/ Steven L. Marchbanks*
                                Steven L. Marchbanks, Esq.
                                Attorney for Plaintiffs LORETTA JO
                                POWELL and WILLIAM T. PIERCE

        IT IS SO ORDERED.

**Date: 7/19/2011**

                            _____
                            MORRISON C. ENGLAND, JR
                            UNITED STATES DISTRICT JUDGE